## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM O'BRIEN ,**<br>              **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **DEPARTMENT OF JUSTICE,**<br>              **Defendants.** | **NO.  19-1262** |

## O R D E R

**AND NOW**, this 30th day of September, 2019, upon consideration of Plaintiff's Motion for Summary Judgment and briefing in support (ECF No. 12), Defendant's Motion to Dismiss and briefing in support (ECF No. 11), Plaintiff's Response thereto (ECF No. 13), and Defendant's Consolidated Reply (ECF No. 16), **IT IS ORDERED** that Defendant's Motion is **GRANTED**, Plaintiff's motion is **DENIED AS MOOT** and the case is **DISMISSED WITHOUT PREJUDICE**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**